UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHARLES BENNETT,

    Plaintiff,

v.                                           CASE NO. 3:21-cv-00980-HES-JBT

SPORTSMEDIA TECHNOLOGY
CORPORATION,

    Defendant.
_____/

O R D E R

THIS CAUSE came before this Court on the Joint Notice of Resolution (Dkt. 63) that indicates the parties have settled the above-referenced action. Therefore, pursuant to Rule 3.09(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice, subject to the right of any party to move this court, within sixty (60) days, for the purpose of entering a dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to terminate all pending motions and **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of May, 2023.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Neil L. Henrichsen, Esq.
Kadean Wilson, Esq.
Christopher Hazelip, Esq.
Samuel J. Horovitz, Esq.
Lori S. Patterson, Esq.

2